IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,<br><br>Debtors.<br><br>———————————————————<br><br>ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NICHOLAS DESIGNS, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. 22-50200(CSS) |

## **NOTICE OF WITHDRAWAL AS ATTORNEY**

**PLEASE TAKE NOTICE** that Chantelle D. McClamb. of Ballard Spahr LLP, counsel to above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraws her appearance in the above-captioned matter effective January 23, 2023. Notices, pleadings, applications, motions, and any other documents served, or filed in the above-captioned matter should no longer be served on:

Chantelle D. McClamb
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
mcclambc@ballardspahr.com

.

        */s/ Chantelle D. McClamb*
        Chantelle D. McClamb, Esquire
        BALLARD SPAHR LLP
        919 N. Market Street, 11th Floor
        Wilmington, DE  19801-3034
        Telephone: (302) 252-4465
        mcclambc@ballardspahr.com

Dated:  January 23, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons and entities that have filed a request for service of filings in this case pursuant to Bankruptcy Rule 2002.

*/s/* Chantelle D. McClamb
Chantelle D. McClamb