**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as* | : | |
| *Chapter 7 Trustee of Art Van Furniture,* | : | |
| *LLC, et al.* | : | |
| Plaintiff, | : | Adv. Proc. No.: 22-50200-CTG |
| v. | : | |
| | : | |
| Michael Nicholas Designs, Inc. | : | |
| | : | |
| Defendant. | : | |

## <u>MEDIATOR'S CERTIFICATE OF COMPLETION</u>

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)   The following individuals were present:

   (1) Counsel (name and party representing):

      Counsel for Plaintiffs: Jeffrey P. Nolan, Esq.

      Counsel for Defendant: Bennett G. Young, Esq.

(b)   The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):

(c)   The outcome of the mediation conference was:

      __X__   The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

      _____   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:

_____    The matter has not been resolved and should proceed to trial.

_____    OTHER:


Dated: _May 12, 2023_                    Mediator


_/s/ Ian Connor Bifferato_
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal